Friday, July 01, 2011

Mr. Samuel T. Jackson
Law Office of Samuel T. Jackson
P. O. Box 170633
Arlington, TX 76003-0633
Ms. Brenda Loudermilk
Office of the Attorney General of Texas
P. O. Box 12548
Austin, TX 78711-2548

RE: Case Number: 10-0002
 Court of Appeals Number: 03-07-00293-CV
 Trial Court Number: D-1-GN-06-002440

Style: SAMUEL T. JACKSON
 v.
 STATE OFFICE OF ADMINISTRATIVE HEARINGS AND SHELIA BAILEY TAYLOR IN
 HER OFFICIAL CAPACITY AS CHIEF ADMINISTRATIVE LAW JUDGE, STATE OFFICE
 OF ADMINISTRATIVE HEARINGS

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Michael A. Cruz, Deputy Clerk
Enclosure
|cc:|Ms. Amalia |
| |Rodriguez-Mendoza |
| |Mr. Jeffrey D. Kyle |